Stone & Downer Co. et al. *v.* United States

**No. 4625.**—Invoices dated Liverpool, England, October 10, 1936, etc.
Certified October 13, 1936, etc.
Entered at Boston, Mass., October 23, 28, 1936; New York, September 26, 1936, etc.
Entry Nos. 5788, 5793, 741577, etc.

(Decided August 8, 1939)

*Barnes, Richardson & Colburn* (*Hadley S. King* of counsel) for the plaintiffs.
*Webster J. Oliver,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

Sullivan, Judge: The issue here involved was presented to me in the case of reappraisement 118119–A, Reap. Dec. 4455, which decision was affirmed by the Second Division, Reap. Dec. 4516. This case has been incorporated in the appeals listed in schedule A, hereto attached and made a part hereof. All of these cases were consolidated for trial.

The merchandise consists of mechanical toys imported from England during the years 1936, 1937, and 1938. The entries were all made under duress, and additions were made to equal an advance made in the so-called test case, Reap. Dec. 4516.

The merchandise was entered on the basis of cost of production, and appraised on the basis of the sales prices in England. It was held in the test case that sales in England were restricted sales, consequently there was no foreign-market value for this merchandise in England, and that sales in England to Meccano Co. of America, Inc., were sales to an exclusive purchaser; therefore, there was no export value; and that the merchandise was dutiable on the basis of United States value.

In harmony with the decision rendered in the test case, Reap. Dec. 4516, I find the United States value, as that value is defined in section 402 (e) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such values on the dates of exportation thereof are as set forth in schedule B attached to my decision herein. Judgment will be rendered accordingly.

# 532

*Schedule B*

FOR THE YEAR 1936

| Item | United States value [1] | Item | United States value [1] |
|---|---|---|---|
| Aeroplane constructor or model—00 or 002 | $0. 43 | Hornby railway accessories—Con. | |
| Aeroplane constructor or model—0 | . 624 | M station set | $0. 344 |
| Aeroplane constructor or model—1 or 1/5 | . 988 | M telegraph poles—2 | . 425 doz. |
| Aeroplane constructor or model—2 | 1. 512 | Platform, goods—1 | . 673 |
| Special aeroplane constructor or model—1 | 1. 649 | Platform, goods—2 | 1. 115 |
| Special aeroplane constructor or model—2 or S/26 | 2. 757 | Platform, goods—2E | 1. 30 |
| Motor car constructor or model—1 | 1. 116 | Island platform—1 | . 56 |
| Motor car constructor or model—2 | 2. 404 | Island platform, electric | . 798 |
| Hornby speedboat—2 | . 862 | Platform crane | . 306 |
| Hornby speedboat—3 | 1. 336 | Posters, packets—1 | . 933 doz. |
| Hornby speedboat—4 | 1. 483 | Posters, packets—2 | . 933 doz. |
| Hornby speedboat—5 | 1. 511 | Poster boards | . 44 doz. |
| Hornby racer boat—1 | . 565 | Railway accessories—1 | 1. 15 doz. |
| Hornby racer boat—2 | . 919 | Railway accessories—2 | 1. 243 doz. |
| Hornby racer boat—3 | 1. 511 | Railway accessories—4 | 4. 22 doz. |
| Elektron outfit—2 | 2. 213 | Railway accessories—8 | 1. 60 doz. |
| Meccano outfit—B | . 701 | Signal cabin—1 | . 321 |
| Meccano outfit—C | . 968 | Signal cabin—2E | . 503 |
| Meccano outfit—D | 1. 304 | Signal gantry—1 | . 407 |
| Meccano outfit—E | 1. 974 | Signals—1 | . 096 |
| Meccano outfit—F | 2. 827 | Signal gantry—2E | 1. 575 |
| Meccano dinky toys: | | Signals—2E | . 358 |
| Station staff—1 | . 239 | Signals double—1 | . 119 |
| Farmyard animals—2 | . 241 | Signals double—2E | . 522 |
| Passengers—3 | . 238 | Signals junction—1 | . 24 |
| Engineering staff—4 | . 238 | Signals junction—2E | . 776 |
| Tram & hotel staff—5 | . 241 | Station—1 | . 477 |
| Shepherd set—6 | . 155 | Station—2 | . 93 |
| Train—16 | 2. 208 doz. | Station—2E | 1. 08 |
| Tractor—22e | . 095 | Telegraph poles | . 402 pr. |
| Tank—22f | . 114 | Trees w/stands | . 201 box |
| Ambulance—24a | . 021 | Turntable—E2 | . 551 |
| Auto—24c | . 946 doz. | Viaduct electrical | . 675 |
| Auto—24c | 1. 19 doz. | Royal Scot train, 6 volt—E36 | 6. 953 |
| Auto—24g | 1. 056 doz. | Royal Scot train, 20 volt—E320 | 8. 923 |
| Commercial motor vehicles—25 | . 511 | Riviera blue train—E320 | 7. 553 |
| Truck—25b | . 090 | Hedging | . 349 doz. |
| Truck—25c | . 076 | Loco—E320 | 3. 938 |
| Trailer for truck—25g | . 067 | Loco—E220 | 4. 332 |
| Bus—29b | . 067 | Countryside section—F | 1. 21 |
| Chrysler airflow—30a | . 096 | Countryside section—H&R | . 67 |
| Trailer for touring—30g | . 062 | Countryside section—J1&J2 | 1. 31 |
| Mechanical horse & trailer—33 | . 306 set | Countryside section—L1&L2 | . 827 |
| Air mail car—34 | . 057 | Oil can—2 | . 358 |
| AA hut & patrol—44 | . 244 set | Tracks and switches | |
| Garage—45 | . 133 | Straight track—EB1 | . 46 doz. |
| Road sign—47 | . 176 | Straight track ½ lgth.—EB½ | . 344 doz. |
| Traffic signal 4 way—47a | . 024 | Straight track ¼ lgth.—EB¼ | . 343 doz. |
| Traffic signal 3 way—47b | . 024 | Straight track, double—EDS1 | 2. 408 doz. |
| Traffic signal 2 way—47c | . 024 | Crossover acute—ECA | 3. 164 doz. |
| Gas station—48 | . 210 | Crossover rt. angle—ECR | 3. 267 doz. |
| Gas pumps—49 | . 191 | Switch rt. hand 1 ft. rad.—EPR1 | 4. 047 doz. |
| Navy ships—50 | . 378 | Switch lft. hand 1 ft. rad.—EPL1 | 4. 047 doz. |
| Famous liners—51 | . 435 | Switch rt. hand 2 ft. rad.—ESPSR2 | 4. 445 doz. |
| Ships—51e | . 611 doz. | Switch lft. hand 2 ft. rad.—ESPSL2 | 4. 445 doz. |
| Queen Mary—52a | 1. 476 doz. | Crossover switch rt. hand—ECOR2 | 1. 04 |
| Normandie—52c | 1. 476 doz. | Crossover switch lft. hand—ECOL2 | 1. 04 |
| Aeroplanes—60 | . 396 set | Curved track 1 ft. rad.—EA1 | . 516 doz. |
| Aeroplanes—60m | 1. 433 doz. | Curved track 2 ft. rad.—EA2 | . 516 doz. |
| Furniture—101 | 3. 226 doz.sets | Curved track ½ lgth. 2 ft. rad.—EA2½ | . 412 doz. |
| Furniture—102 | 4. 363 doz.sets | Curved track double 2 ft. rad.—EDC2 | 2. 786 doz. |
| Furniture—103 | 3. 618 doz.sets | Dble. sym. switch rt. 1 ft. rad.—EDSR1 | 4. 217 doz. |
| Furniture—104 | 3. 212 doz.sets | Dble. sym. switch lft. 1 ft. rad.—EDSL1 | 4. 217 doz. |
| Hornby railway accessories: | | Dble. sym. switch rt. 2 ft. rad.—EDSR2 | 4. 217 doz. |
| Buffer stop—1 | 1. 156 doz. | Dble. sym. switch lft. 2 ft. rad.—EDSL2 | 4. 217 doz. |
| Buffer stop—2E or 2 | . 632 | Y switch rt. hand—EPPR2 | 4. 153 doz. |
| Engine shed—E2E | 2. 322 | Y switch lft. hand—EPPL2 | 4. 153 doz. |
| Fencing w/trees | . 263 pr. | | |
| Footbridge—1A | . 478 | | |
| Lamp standard—2 | . 445 | | |
| Lamp standard—2E | . 378 | | |
| Level crossing—E1E | . 617 | | |
| Level crossing—E2E | . 962 | | |

[1] Figures are for each article unless otherwise noted.

FOR THE YEAR 1937

| Item | United States value [1] | Item | United States value [1] |
|---|---|---|---|
| Aero constructor—00 | $0. 460 | Meccano dinky toys—Continued. | |
| Aero constructor—0 | . 639 | Railway accessories—4 | $0. 431 |
| Aero constructor—1 | 1. 021 | Railway accessories—8 | . 1923 |
| Aero constructor—2 | 1. 684 | Railway accessories—9 | . 1923 |
| Special aero constructor—2 | 2. 954 | Station—2 | 1. 017 |
| Model S26 | 2. 975 | Station—2E | 1. 209 |
| Model aeroplane outfit—2, 2/7 | 1. 684 | Signal cabin—2E | . 5486 |
| Motorcar constructor—1 | 1. 188 | Signal grantry—1 | . 4884 |
| Motorcar constructor—2 | 2. 498 | Signal grantry—2E | 1. 782 |
| Hornby speedboat—1 | . 4387 | Signal—1 | . 1052 |
| Hornby racer boat—3 | 1. 841 | Signal—2E | . 339 |
| Clockwork motor magic | . 2556 | Signal double—1 | . 1488 |
| Clockwork motor magic—1 | . 482 | Signal double—2E | . 4771 |
| Clockwork motor magic—1A | . 6798 | Signal junction—1 | . 2876 |
| Clockwork motor magic—2 | 1. 07 | Signal junction—2E | . 7646 |
| Electric motors—E1 | . 8328 | Telegraph poles | . 4292 pr. |
| Electric motors—E120 | . 8328 | Trees with stands | . 2491 box |
| Electric motors—E6 | 1. 36 | Hedging (12 lengths) | . 3966 |
| Electric motors—E20B | 1. 435 | Turntable—2E | . 694 |
| Meccano dinky toys: | | Level crossings—E1 | . 6725 |
|    Station staff—1 | . 2373 | Level crossings—E1E | . 6725 |
|    Farmyard animals—2 | . 2395 | Level crossings—E2E | 1. 104 |
|    Passengers—3 | . 2373 | Viaduct, electrical | . 8778 |
|    Engineering staff—4 | . 2373 | Royal Scot train set—E320 | 8. 84 |
|    Train & hotel staff—5 | . 240 | Tank passenger train set—E220 | 6. 43 |
|    Shepherd set—6 | . 1053 | Princess Elizabeth, loco. and tender | 13. 1525 |
|    Tractor—22E | . 0998 | Water tank—2 | . 6952 |
|    Tank—22F | . 1187 | Riviera blue tender | . 6108 |
|    Commercial motor vehicles—25 | . 578 | Water tank—2E | . 8369 |
|    Truck, enclosed—25B | . 100 | Oilcans, K—2 | . 4255 |
|    Truck, market garden—25F | . 1002 | Parts—A1050 | . 4585 |
|    Trolley car—27 | . 0566 | Straight track—EB1 | . 575 doz. |
|    Firestone truck—28E | . 0806 | Straight track ½ length—EB½ | . 3717 doz. |
|    Bus—29A | . 0476 | Straight track ¼ length—EB¼ | . 370 doz. |
|    Bus, motor coach—29B | . 0715 | Cross-over acute 2 ft. rad.—ECA | . 308 |
|    Wrecking car—30A | . 1145 | Cross-over rt. angle—ECR | . 3081 |
|    Trailer for touring—30G | . 0605 | Switch, 1 ft. rad.—EPR & L1 | . 6226 pr. |
|    Mechanical horse & trailer—33 | . 3683 | Switch 2 ft. rad.—ESPSR & L2 | . 811 pr. |
|    R. A. C. hut patrol—43 | . 2188 | Cross over switch—ECCR & L2 | 2. 48 pr. |
|    A. A. hut & patrol—44 | . 2327 | Curved track, 1 ft. rad.—EA1 | . 627 doz. |
|    Traffic signal, 4-way—47A | . 0288 | Curved track, 1 ft. rad. ¼ lgth.—EA1¼ | . 489 doz. |
|    Gas station—48 | . 172 | Curved track, 2 ft. rad.—EA2 | . 627 doz. |
|    Gas pumps—49 | . 1721 | Curved track, 2 ft.rad. ½ lgth.—EA2½ | . 488 doz. |
|    Navy ships—50 | . 445 | Curved track, 2 ft.rad. ¼ lgth.—EA2¼ | . 489 doz. |
|    Famous liners—51 | . 4435 | Curved track, 2 ft. rad. double—EDC2 | . 228 ea. |
|    Queen Mary (with rollers)—52A | . 1432 | Dble. sym. switch 1 ft. rad.—EDSR & L1 | . 793 pr. |
|    Dinky toys—52B | 1. 328 | Dble. sym. switch 2 ft. rad.—EDSR & L2 | . 857 pr. |
|    Aeroplane—60 | . 4385 | Y switch—EPPR & L2 | . 856 pr. |
|    Caledonia or Cambria—60R | 1. 694 doz. | Boxcar, American type | . 278 |
|    Tank corps personnel—150 | . 201 | Hornby rolling stock: | |
|    Tank corps medium unit—151 | . 5146 |    Brake van | . 3361 |
|    Tank corps light unit—152 | . 3854 |    Breakdown van with crane | . 7021 |
|    Motorcyclist, civilian—37A | . 837 doz. |    Caboose, American type | . 249 |
|    Motorcyclist, police—37B | . 8073 |    Cattle truck—2 | . 581 |
|    Motor toy duck | . 4405 |    Passenger coach, 1st/3rd | . 8648 |
|    Buffer stop—1 | . 1108 |    Passenger coach, brake/3rd | . 8648 |
|    Buffer stop—2E | . 717 |    Pullman, American type | . 225 |
|    Footbridge with signals—1A | . 5834 |    Snow plough | . 4176 |
|    Fencing with trees | . 3002 pr. |    Tank car, American type | . 2075 |
|    Hoardings, station | . 0337 |    Trolley wagon with cable, drums—2 | . 544 |
|    Lamp standard—2E | . 425 |    Timber wagon—2 | . 288 |
|    M station set | . 3445 |    High capacity wagon—2 | . 469 |
|    Platelayer's hut | . 0989 |    Lumber wagon—2 | . 439 |
|    Goods platform—2 | 1. 286 | | |
|    Goods platform—2E | 1. 477 | | |
|    Island platform | . 665 | | |
|    Crane platform | . 3882 | | |
|    Posters—1 | . 927 doz. | | |
|    Poster boards | . 0432 | | |
|    Railway accessories—1 | . 1151 | | |
|    Railway accessories—2 | . 1244 | | |
|    Railway accessories—3 | . 182 | | |

[1] Figures are for each article unless otherwise noted.

FOR THE YEAR 1938

| Item | United States value [1] | Item | United States value [1] |
|---|---|---|---|
| Aeroplane constructor or model—00 | $0.474 | Meccano dinky toys—Continued. | |
| Aeroplane constructor or model—0 | .675 | Railway accessories—8 | $0.284 |
| Aeroplane constructor or model—1 or 1/5 | 1.193 | Station accessories—4 | 1.412 |
| Aeroplane constructor or model—2 | 1.994 | Station accessories—4E | 1.412 |
| Special aeroplane constructor—2 | 3.464 | Signal cabins—2E | .571 |
| Motor car constructor or model—1 or 1/2 | 1.3718 | Signal gantries—1 | .56 |
| Motor car constructor or model—2 | 2.7561 | Signal gantries—2E | 1.906 |
| Hornby speed boat—1 | .512 | Signals double—1 | .162 |
| Hornby speed boat—2 | 1.2137 | Signals double—2E | .52 |
| Meccano dinky toys: | | Signal junction—2E | .868 |
| Station staff—1 | .2649 | Telegraph poles | .451 pr. |
| Farmyard animals—2 | .2501 | Trees with stands, box of 12 | .263 |
| Passengers—3 | .2971 | Turntable—E2 | .811 |
| Engineering staff—4 | .2649 | Viaduct electrical | .99 |
| Train & hotel staff—5 | .2271 | Straight track, ½ lgth.—EB½ | .67 doz. |
| Shepherd set—6 | .1754 | Straight track, ¼ lgth.—EB¼ | .61 doz. |
| Tractor—22E | 1.268 doz. | Curved track, 2 ft. rad.—EA2 | .786 doz. |
| Tank—22F | 1.629 doz. | Curved track, 2 ft. rad. ½ lgth.—EA2½ | .682 doz. |
| Six-wheeled wagon—25S | .1478 | Curved track, 2 ft. rad. ¼ lgth.—EA2¼ | .63 doz. |
| Bus—29A | .7983 doz. | Crossover acute, 2 ft. rad.—ECA | .33 |
| Bus, motor coach—29B | .9402 doz | Crossover acute, rt. angle—ECR | .33 |
| Chrysler airflow—30A | 1.135 doz. | Switch, rt. hand 1 ft. rad.—EPR1 | .80 pr. |
| Trailer—30C | .8527 doz. | Switch lft. hand 1 ft. rad.—EPL1 | .80 pr. |
| Motorcyclist civilian—37A | .071 | Switch rt. hand 2 ft. rad.—ESPSR2 | 1.098 pr. |
| R. A. C. hut & patrol—43 | .2618 | Switch, lft. hand 2 ft. rad.—ESPSL2 | 1.098 pr. |
| AA hut & patrol—44 | .2717 set | Crossover switch rt. hand—ECOR2 | 3.008 pr. |
| Traffic signal 4-way—47A | .3324 doz. | Crossover switch lft. hand—ECOL2 | 3.008 pr. |
| Gas station—48 | 2.568 doz. | Points—EDRS2/L2 | .80 pr. |
| Gas pumps—49 | .1858 set | Dble. sym. switch, rt. 1 ft.—EDSR1 | .943 pr. |
| Navy ships—50 | .4777 [1] | Dble. sym. switch, lft. 1 ft.—EDSL1 | .943 pr. |
| Famous liners—51 | .4754 | Dble. sym. switch, lft. 2 ft.—EDSR2 | .943 pr. |
| Air speed envoy kings aero-plane—62K | .09527 | Dble. sym. switch—EPP R&L | .943 pr. |
| Air speed envoy ordinary—62M | .06695 | Dble. sym. switch—EPP R2 & EPPL2 | .943 pr. |
| Tank corps personnel—150 | 21 | Princess Elizabeth loco tender | 15.45 |
| Tank corps medium unit—151 | .61284 | Rails—EDS1 | .215 |
| Tank corps light unit—152 | .4238 | Rails—EDC | .23 |
| Roads—47E | .01424 | Train set, passenger—EDP1 | 9.28 |
| Gas pump—49B | .03815 | Train set, tank goods—EDG7 | 7.49 |
| Gas pump—49C | .03836 | Buffer stops, box of six—D1 | .6611 |
| Oil bin—49E | .03881 | Goods platform—D1 | .6453 |
| Aeroplane—60K | .0571 | Island platform—D1 | .6261 |
| Postman—12E | .028 | Signal (single arm, box of six)—D1 | .8025 |
| Motorcycle patrol—42B | .1195 | Signal, double—D2 | 1.0609 |
| Gas tank wagon—25B | .09522 | Signal cabin—D1 | .7009 |
| Truck—25F | .0956 | Station—D1 | .957 |
| Buffer stop—1 | .123 | Tunnel 5½″—D1 | 1.0037 |
| Buffer stop—2E or 2 | .701 | Tunnel 11½″, box of six—D2 | 1.3521 |
| Fencing with trees | .34 pr. | Station staff (miniatures)—D1 | .1522 |
| Footbridge, or with signals—1A | .643 | Oil can—2 | .4175 |
| Hedging per dozen lengths | .41 | Bricks | .0958 set |
| Lamp standard—2E | .468 | Transformer, No. 1 dublo | 1.4227 |
| Level crossing—E1E | .607 | Transformer, No. 110 | 1.4227 |
| Level crossing—E2E | 1.125 | Telegraph poles—M2 | .0474 |
| M station set | .387 | Station hoardings | .0379 |
| Platforms, goods—2 | 1.585 | RCP plates | .659 gross |
| Platforms, goods—2E | 1.788 | | |
| Platforms, island | .818 | | |
| Platforms, passenger | .284 | | |
| Posters (pkt.) | .98 doz. | | |
| Posters, boards (set) | .49 doz. | | |
| Railway accessories—1 | 1.577 doz. | | |
| Railway accessories—4 | .483 | | |

[1] Figures are for each article unless otherwise noted.